# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

PATRICIO EDUARDO LANAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1927

_____

May 20, 2026

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Ronald L. Frey of The Frey Law Firm, LLC, Tampa, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

KELLY, MORRIS, and SLEET, JJ., Concur.

_____

Opinion subject to revision prior to official publication.